lants. Clarence Alexander, of New York City, for respondent.

PER CURIAM. Judgment affirmed with costs, on the authority of Cass v. Realty Securities Co., 148 App. Div. 96, 132 N. Y. Supp. 1074, affirmed 206 N. Y. 649, 99 N. E. 1105.

HOTCHKISS, J. (concurring). If the decision about· to be made is good law, then thousands of holders of various forms of income bonds, and of bonds providing for fixed rates of interest, with participation in profits or in assets on dissolution, or in both, will be in jeopardy of having what they bought for obligations being turned into mere certificates of interest. But, as I cannot distinguish·this case from Cass v. Realty Securities Co., 148 App. Div. 96, 132 N. Y. Supp. 1074, I concur in the result.

DEKKER v. RICHEY, BROWN & DONALD. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Lammert Dekker against Richey, Brown & Donald. No opinion. Motion granted, without costs. Order filed. See, also, 154 App. Div. 919, 139 N. Y. Supp. 1120.

DELANY v. WALKER et al. (Supreme Court, Appellate Division, Second Department. April 30,.1913.) Action by William H. Delany against Alfred S. Walker and another, in which Etta Lyon, as administratrix, etc., appeals. No opinion. Interlocutory judgment affirmed, with costs.

In re DE PEYSTER. (Supreme Court, Appellate Division, First Department. May 16, 1913.) In the matter of Augusta De Peyster, deceased. No opinion. Order affirmed, with costs. Order filed.

DERICK, Appellant, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Jennie May Derick against William P. Richardson. No opinion. Motion denied, on the ground that leave is unnecessary. See, also, 140 N. Y. Supp. 1116.

DICKERSON et al. v. SHEEHY et al. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Mary E. Dickerson and another against Frank P. Sheehy and others. No opinion. Motion granted. Question certified. Order filed. See, also, 141 N. Y. Supp. 35.

DI MARCO, Respondent, v. BUFFALO & FT. E. FERRY & RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 30, 1913.) Action by. Sarah Di Marco against the Buffalo & Ft. Erie Ferry and Railway Company. No opinion. Judgment and order affirmed, with costs.

DINTENFASS v. OFFEMAN et al. (Supreme Court, Appellate Division, First Depart-

ment. May 2, 1913). Appeal from Special Term, New York County. Action by Mark M. Dintenfass, as a stockholder of the Associated Independent Film Manufacturers, against Emile Offeman, impleaded with David Horsley and others. From so much of an order as denied in part a motion by defendant Offeman to make the complaint more definite and certain, he appeals. Modified and affirmed. Herbert M. Simon, of New York City, for appellant. David Slade, of New York City, for respondent.

PER CURIAM. The order appealed from should be modified, and the complaint made more definite and certain in the following particulars, to wit: Paragraph 10: By showing the date of the contract under which the stock was issued to the individual defendants, the parties thereto, and whether the same was oral or in writing. Paragraph 12: By showing the same particulars as above with regard to the contract or contracts alleged in this paragraph. Paragraph 13: By showing what part of the $16,000 was received by the individual defendants and by the Motion Company, and what part was received for services by the individual defendants as members of the board of directors, if any, or by alleging that plaintiff has no knowledge or information sufficient to form a belief as to such details. Paragraph 15 and 17: By showing the. dates of the several demands for the commencement of this action, upon whom such demands were made, and whether the same were oral or in writing. As thus modified, order affirmed, without costs.

DOBBINS, Respondent, v. SYRACUSE, B. & N. Y. R. Co., Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1913.) Action by Joseph Dobbins against the Syracuse, Binghamton & New York Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 141 N. Y. Supp. 637.

DODD, Appellant, v. DODD, Respondent. (Supreme Court, Appellate Division, First Department. May 16, 1913.) Action by Adele S. Dodd against Frank N. Dodd. J. E. Roeser, of New York City, for appellant. L. Lowenstein, of New York City, for respondent. No opinion. Judgment affirmed. Order filed. See, also, 144 App. Div. 899, 129 N. Y. Supp. 1120.

DONI, Respondent, ·v. KIHN, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by John F. Doni against Valentine Kihn. No opinion. Order setting aside verdict and granting new trial unanimously affirmed, with costs.

DOURAS v. WAGNER et al. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Appeal from Special Term, New York County. Action by Bernard J. Douras against Otto Wagner and others. From an order granting defendants leave to amend answers, plaintiff appeals. Modified and affirmed. Franklin Bien, of New York City, for ap-